■ In the Matter of MICHAEL D. PIERI, Appellant, v BARBARA J. RIDER, Respondent. [600 NYS2d 578] —Order unanimously affirmed without costs. Memorandum: A custody determination depends to a great extent upon the trial court's assessment of the credibility of the witnesses and upon the assessments of the character and temperament of the parties *(Skolnick v Skolnick,* 142 AD2d 570). As such, the factual findings of the trial court in a custody matter are accorded great deference *(Matter of Kennedy v Kennedy,* 156 AD2d 834, 835; *Skolnick v Skolnick, supra).* A custody determination should not be disturbed unless it lacks a sound and substantial basis in the record or is contrary to the weight of the credible evidence *(see, Matter of Gill v Gill,* 135 AD2d 1090, 1090-1091; *Freiman v Freiman,* 99 AD2d 765). Upon our review of the record, we find no reason to disturb Family Court's determination, made following a full hearing, that respondent should be awarded sole custody of the son of the parties, with visitation to petitioner. (Appeal from Order of

Genesee County Family Court, Morton, J.—Custody.) Present —Denman, P. J., Pine, Balio, Doerr and Davis, JJ.